UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-27-MMH-JBT
Ct. 1: 21 U.S.C. § 846
Ct. 2: 21 U.S.C. § 841(a)(1)
Ct. 3: 21 U.S.C. § 841(a)(1)

GEORGE WALTERS
  a/k/a "Azul"
FELIPE KEARLEY
SABRINA WILLIAMS

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

In or about February 2021, in the Middle District of Florida, and elsewhere, the defendants,

GEORGE WALTERS,
a/k/a "Azul"
FELIPE KEARLEY, and
SABRINA WILLIAMS,

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute a controlled substance.

With respect to GEORGE WALTERS, a/k/a "AZUL," FELIPE KEARLEY, and SABRINA WILLIAMS, the violation involved 50 grams or

more of pure/actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## COUNT TWO

On or about February 4, 2021, in the Middle District of Florida, and elsewhere, the defendants,

> GEORGE WALTERS,
> a/k/a "Azul"
> FELIPE KEARLEY, and
> SABRINA WILLIAMS

did knowingly and intentionally distribute, cause to be distributed, and aid and abet the distribution of a controlled substance, which violation involved 50 grams or more of pure/actual methamphetamine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2.

## COUNT THREE

On or about February 19, 2021, in the Middle District of Florida, and elsewhere, the defendant,

**GEORGE WALTERS,**
a/k/a "Azul"

did knowingly and intentionally possess a controlled substance with the intent to distribute it, which violation involved 50 grams or more of pure/actual methamphetamine, a Schedule II controlled substance and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One, Two and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

*Douglas Riegert Johnsen*
Foreperson

KARIN HOPPMAN
Acting United States Attorney

By: *Julie Hackenberry*
Julie Hackenberry
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
3/16/21 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GEORGE WALTERS

## INDICTMENT

Violations: 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1)

A true bill,

_____Douglas Riegert-Johnson_____
Foreperson

Filed in open court this __18th__ day of March, 2021.

_____[signature]_____
Clerk

Bail $ _____

GPO 863 525